UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER A. HENRY,

    Plaintiff,

-against-

GREGORY WECHE,

    Defendant.

17-CV-5683 (NSR)

ORDER OF DISMISSAL

---

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Christopher A. Henry ("Plaintiff"), proceeding *pro se*, commenced this action pursuant to 42 U.S.C. § 1983 on July 26, 2017, alleging violations of his constitutional rights by Defendant Gregory Weche ("Defendant"). (ECF No. 1). On February 4, 2020, the Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before March 2, 2020, why this action should not be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 13.) In the Order to Show Cause, the Court delineated Plaintiff's failure to take any steps to prosecute this action for nearly two years. To date, Plaintiff has failed to communicate with the Court or otherwise respond to the Order to Show Cause.

    Accordingly, due to Plaintiff's failure to prosecute this action, the action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is respectfully directed to terminate this action. The Clerk of the Court is further directed to serve a copy of this Order on Plaintiff at the address listed on the docket and file proof of service on the docket.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020

This constitutes the Order of the Court.

SO ORDERED.

Dated: March 13, 2020
White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge